Keely E. Duke
ISB #6044; ked@dukescanlan.com
Bryan A. Nickels
ISB #6432; ban@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendants Virginia Bond45
and Bond Law Chartered*

IN THE UNITED STATES DISTRICT COURT FOR

DISTRICT OF IDAHO

| | |
|---|---|
| RONALD VAN HOOK,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE OF IDAHO, IDAHO BAR ASSOCIATION, STEVEN FISHER AND FISHER LAW FIRM, MARY GRANT, KIMBERLI STRETCH AND IDAHO LEGAL AID, VIRGINIA BOND AND BOND LAW CHRATERED, CHRISTOPHER D. BOYD AND/OR ADAMS COUNTY IDAHO, JOHN DOE(S) 1-100, UNKNOW AGENTS (OF IDAHO THIRD JUDICIAL DISTRICT),<br><br>          Defendants. | Case No. 1:19-CV-170-BLW<br><br>**DECLARATION OF KEELY E. DUKE IN SUPPORT OF DEFENDANTS VIRGINIA BOND AND BOND LAW CHARTERED'S MOTION TO DISMISS**<br>**(F.R.C.P. 12(b)(6))** |

**DECLARATION OF KEELY E. DUKE IN SUPPORT OF DEFENDANTS VIRGINIA BOND AND BOND LAW CHARTERED'S MOTION TO DISMISS (F.R.C.P. 12(b)(6))- 1**

I, Keely E. Duke, declare under penalty of perjury that:

1. I am the counsel for Defendants Virginia Bond and Bond Law Chartered. I submit this Declaration in support of Defendants Virginia Bond and Bond Law Chartered's Motion to Dismiss. The information set forth below is based on my personal knowledge.

2. I certify that the Exhibits attached hereto are true and correct copies of the same.

3. Exhibit 1 is a copy of the Civil Complaint for Damages Motion for Writ of Mandamus in Canyon County Case No. CV-2016-11807-C.

4. Exhibit 2 is a copy of the Memorandum Decision and Order Re: Defendants' I.R.C.P. 12(b)(6) Motions to Dismiss dated March 9, 2017 in Canyon County Case No. CV-2016-11807-C.

5. Exhibit 3 is a copy of the Memorandum Decision and Order Re: Steven Fisher's I.R.C.P. 12(b)(6) Motions to Dismiss dated May 26, 2017 in Canyon County Case No. CV-2016-11807-C.

5. Exhibit 4 is a copy of the Order Granting Defendant Virginia Bond's Motion to Dismiss in Canyon County Case No. CV-2016-11807-C pursuant to Idaho Rule of Civil Procedure 12(b)(6).

6. Exhibit 5 is a copy of the Final Judgment in Canyon County Case No. CV-2016-11807-C.

DATED this 23rd day of July, 2019.

                                                     /s/Keely E. Duke
                                                   Keely E. Duke

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of July, 2019, I electronically filed the foregoing document with the US District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the US District Court's CM/ECF System for this action:

Howard A Belodoff    bevallen@idaholegalaid.org, howardbelodoff@idaholegalaid.org

Chris Kronberg    stephanie.wright@itd.idaho.gov, chris.kronberg@itd.idaho.gov

Michael J Kane    tpresler@ktlaw.net, mkane@ktlaw.net


And, I HEREBY CERTIFY that on the 23rd day of July, 2019, I caused to be served a true and correct copy of the foregoing document to the following non-CM/ECF registered participants by the method indicated below and addressed to the following:

| | |
|---|---|
| Ronald Van Hook<br>Gabrielle Van Hook<br>Nathan Van Hook<br>515 S. 11th Street, #3<br>Payette, ID 83661<br>*Pro Se Plaintiff* | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ Email |

/s/Keely E. Duke
Keely E. Duke
Bryan A. Nickels

**DECLARATION OF KEELY E. DUKE IN SUPPORT OF DEFENDANTS VIRGINIA BOND AND BOND LAW CHARTERED'S MOTION TO DISMISS (F.R.C.P. 12(b)(6))- 3**