Ronald Van Hook
515 S. 11th St. #3
Payette, ID  83661
(208) 982-0164

U.S. COURTS

OCT 2 8 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT FOR
THE FOURTH JUDICIAL DISTRICT OF IDAHO SOUTHERN DIVISION

| | |
|---|---|
| Ronald Van Hook<br>Gabriel Van Hook and Nathan Van Hook<br><br>Plaintiffs<br><br>vs.<br><br>State of Idaho<br>Idaho Bar Association<br>Steven Fisher and Fisher law firm<br>Mary Grant, Kimberli Stretch and Idaho Legal Aid<br>Virginia Bond and Bond Law Chartered<br>Christopher D. Boyd and/or Adams County Idaho<br>John Doe(s) 1-100<br>Unknown Agents (of Idaho Third Judicial District)<br><br>Defendants | Case No.  1:19 CV-170 BLW<br><br>2nd Declaration |

I, Ronald L. Van Hook (Van Hook), plaintiff in the above entitled action, have personal

knowledge of all facts stated in this declaration, and intend to testify, without reservation, that

the following is true and correct:

1. Van Hook has attempted to resolve matters pertaining to Frauds on the Court and civil

rights violations on numerous occasions, only to have those attempts dismissed in Arbitrary and

Capricious fashion.  The most recent attempts were with Motions for relief per IRCP 60 in

Canyon County Case CV-2014-7409 presided over by Judge Bever, which were also dismissed.

Attached hereto are copies of those Motions and identified as:

Exhibit 1 - Motion for Relief per IRCP 60 and Supporting Affidavit

Exhibit 2 - RENEWED Motion for Relief from a Judgment or Order (Frauds on the Court) IRCP 60 (b) (6) IRCP 60 (d) (3) and Supporting Affidavit

2. Van Hook challenged the jurisdiction of the Court in Canyon County CV-2014-7409, which was denied, and a copy of that challenge is attached hereto as Exhibit 3 - CHALLENGE OF JURISDICTION

3. Van Hook submitted an affidavit to the Court in Adams County JV-02-18-0841. The Adams County Clerk's office refused to docket this Affidavit (as they have also refused to docket affidavits in this cited case in the past as well) The Clerk took this affidavit to go show to the judge, and then returned it to me stating I had to give it to the Judge in Court. The presiding judge in JV-02-18-0841, Judge Meienhoffer, also presided over CV-2014-3311 which became consolidated with Canyon County CV-2014-7409. The judge, during the Hearing in JV-02-18-0841, reviewed the Affidavit and stated that Adams County had been in Error back in 2015 when it failed to transmit all court files to Canyon County for the case consolidation. A copy of this affidavit has also been submitted to the Court in Canyon County CV-2014-7409 (which remains pending) and the court in 7409 has been made aware of the statement of Judge Meienhoffer. A copy of this affidavit is attached here to as Exhibit 4 - AFFIDAVIT - Defendants Natural Father Ronald Van Hook.

4. Canyon County case CV-2016-11807, presided over by Judge Nye, was dismissed for failing to cite a cause of action. This dismissal does not negate the accusations made against the defendants. An overlapping case was also heard by Judge Nye in Adams County, which was a Habeas Corpus, that was also dismissed without hearing.

5. Canyon County case CV-14-18-5576, presided over by Judge Whitney, named defendants as John Doe(s), the State of Idaho and the Idaho Bar Association. This was a motion

requesting leave to file a civil complaint, and in no way granted jurisdiction to that court to rule on issues stated as facts to that court. (That court in CV-14-18-5576 only had jurisdiction to either Grant or Deny the motion for leave. Furthermore, that court had no jurisdiction to rule on any issue outside of its jurisdiction in Canyon County) This case, CV-14-18-5576, also had excessive delays, as it was filed 5-29-2018, and was dismissed 2-26-2019 (9 months later)... That court in CV-14-18-5576 did not address any of the facts or arguments that had been presented in a 50 page brief that the Court had limited me to. (That same 50 page brief is an Exhibit to the Plaintiffs 1st Declaration in this federal case - 1:19 CV-170 BLW) The Court in CV-14-18-5576 dismissed the case essentially stating that Van Hook was dissatisfied with the divorce case ... however, Van Hook states there was no divorce; there were only civil rights violations and blatant lawlessness on the part of the defendants. A copy of the Dismissal in Canyon County CV-14-18-5576 is attached hereto as Exhibit 5.

6. The defendant in Canyon County CV-2014-7409 is currently facing contempt charges. A copy of this pending Motion and Additional Affidavit is attached hereto as Exhibit 6. This is to clearly demonstrate there was no divorce or lawful change of child custody in CV-2014-7409.

7. A Letter from Christopher Boyd, Adams County Prosecutor, dated 3-14-2018, reflects on Mr. Boyds involvement in the concealing of evidence in Canyon County CV-2014-7409. Mr. Boyds claim that all information had been sent from Adams County to Canyon County is not consistent with the statement of Judge Meienhoffer (see paragraph 3 of this 2nd Declaration) and a copy of this letter is attached hereto as Exhibit 7.

8. In the current federal case 1:19 CV-170 BLW, there remains pending a NOTICE OF CONSTITUTIONAL CHALLENGE OF STATUTE FRCP 5.1, that Van Hook continues to request be addressed.

9. Van Hook asserts that no legal help is available to any of the plaintiffs, and that this civil complaint in a federal court came as a result of a 'Dead End' in Idaho State Courts. Van Hook further asserts that Actors for the State of Idaho have consistently violated Idaho Constitution Section 18.

"JUSTICE TO BE FREELY AND SPEEDILY ADMINISTERED. Courts of justice shall be open to every person, and a speedy remedy afforded for every injury of person, property or character, and right and justice shall be administered without sale, denial, delay or prejudice."

10. Van Hook asserts that while the Idaho Bar Association is a part of the State of Idaho, that any member of the Idaho Bar Association who has a fiduciary duty, but violates that duty while acting together with another actor for the State, is themselves an actor for the State and subject to civil action for damages.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 26 day of Oct , 2019 .

Ronald L. Van Hook

# CERTIFICATE OF SERVICE

I hereby certify that on the 26 day of  October , 2019 ,

I caused a true and correct copy of the foregoing

Case No.  1:19 CV-170 BLW

2nd Declaration

to be served By U S MAIL to the following person(s)

US District Court - Idaho
Boise Office
550 W. Fort St
Suite 400
Boise, ID   83724

Idaho Attorney General for
State of Idaho - and Idaho BAR Assn.
700 W. Jefferson Street
Suite 210
P.O. Box 83720
Boise, Idaho   83720-0010

3rd District Administrative District Court Judge
Honorable Judge Susan Wiebe
1115 Albany St.
Caldwell, ID   83605

Michael Kane and Associates, PLLC
(for C. Boyd and Adams County)
Emerald Square
4355 W. Emerald Street, Suite 190
P.O. Box 2865
Boise, Idaho  83701-2865

Yvonne A. Dunbar
C.W. Moore Plaza
250 S. Fifth St. - Suite 700
P.O. Box 7426
Boise, ID   83709

Howard A. Belodoff
(for Idaho Legal Aid, K. Stretch and M. Grant)
Idaho Legal Aid Services Inc.
1447 S. Tyrell Ln.
Boise, ID   83706

Keely E. Duke
Bryan A. Nickels
Duke, Scanlan, & Hall, PLLC
(for V. Bond and Bond Law Chartered)
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho   83707

_____

Signature