

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD VAN HOOK; et al., | No. 19-35875 |
| Plaintiffs-Appellants, | D.C. No. 1:19-cv-00170-BLW |
| v. | District of Idaho, Boise |
| STATE OF IDAHO; et al., | ORDER |
| Defendants-Appellees. | |

Before: CANBY and GOULD, Circuit Judges.

Appellant Ronald Van Hook's motion for appointment of counsel (Docket Entry No. 5) is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

Upon review of appellant Ronald Van Hook's response to the November 4, 2019 order to show cause, the minor children G.V. and N.V. are dismissed as appellants to this appeal. The Clerk will update the docket to reflect that Ronald Van Hook is the only appellant in this appeal.

The Clerk will file the opening brief of appellant Ronald Van Hook received on December 16, 2019 (Docket Entry No. 6). Appellees' answering brief is due March 31, 2020. Appellee's supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellee's brief. *See* 9th Cir.

DA/Pro Se

R. 30-1.7. Appellant's optional reply brief is due within 21 days after service of the answering brief.

DA/Pro Se 2